# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Wolski, Victor J. | U.S. Court of Federal Claims | 11/03/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Judge, Senior | ☐ Nomination    Date <br> ☐ Initial    ☑ Annual    ☐ Final <br><br> 5b. ☑ Amended Report | 01/01/2020 <br> **to** <br> 12/31/2020 |

**7. Chambers or Office Address**

H.T.Markey National Cts. Bldg.
717 Madison Pl., N.W.
Washington, DC 20439

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Associate Editor | Public Contract Law Journal |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolski, Victor J. | 11/03/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2020 | General Electric Co. - salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolski, Victor J. | 11/03/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   YUM Common Stock | A | Dividend | J | T | | | | | |
| 2.   U.S. Senate F.C.U. Accounts | A | Int./Div. | M | T | | | | | |
| 3.   Fidelity Joint Brokerage Account (H) | | | | | | | | | |
| 4.   - Fidelity cash account (FDRXX) | A | Interest | K | T | | | | | |
| 5.   - Fidelity NASDAQ Comp Index (FNCMX) | A | Dividend | K | T | | | | | |
| 6.   - Apple Inc. (AAPL) | A | Dividend | K | T | | | | | |
| 7.   - General Electric Co. (GE) (Y) | | | | | | | | | |
| 8.   - Fidelity Total Market Index Fund (FSKAX) | C | Dividend | N | T | | | | | |
| 9.   - Fidelity Emerging Markets Index Inst'l Premium Fund (FPADX) | B | Dividend | L | T | Buy (add'l) | 03/31/20 | K | | |
| 10. | | | | | Sold (part) | 05/01/20 | J | A | |
| 11.   - Anheuser-Busch InBev (BUD) | A | Dividend | J | T | | | | | |
| 12.   - Pepsico, Inc (PEP) | A | Dividend | J | T | | | | | |
| 13.   - Fidelity Advisor Int'l Growth Class Z (FZAJX) | A | Dividend | K | T | Buy (add'l) | 01/06/20 | J | | |
| 14. | | | | | Sold (part) | 02/27/20 | J | | |
| 15. | | | | | Sold (part) | 03/31/20 | J | | |
| 16.   - Fidelity Value Discovery (FVDFX) | | None | | | Sold (part) | 02/27/20 | J | | |
| 17. | | | | | Sold | 03/31/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Wolski, Victor J.** | 11/03/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. - Causeway Emerging Mrkts Fd Inv Cl (CEMVX) | | None | | | Buy (add'l) | 01/06/20 | J | | |
| 19. | | | | | Sold (part) | 02/26/20 | J | | |
| 20. | | | | | Sold | 03/31/20 | K | | |
| 21. | | | | | Buy | 07/31/20 | J | | |
| 22. | | | | | Sold | 09/23/20 | J | | |
| 23. - Mainstay Mackay Tax Free Bond Class A (MTBAX) | A | Dividend | J | T | Buy (add'l) | 01/06/20 | K | | |
| 24. | | | | | Sold (part) | 03/06/20 | J | A | |
| 25. | | | | | Sold (part) | 05/01/20 | K | | |
| 26. | | | | | Buy (add'l) | 06/02/20 | J | | |
| 27. - iShares Inc Core MSCI Emerging Mkts (IEMG) | | None | | | Sold | 04/01/20 | J | | |
| 28. - Fidelity Overseas (FOSFX) | A | Dividend | K | T | Buy (add'l) | 01/06/20 | J | | |
| 29. | | | | | Sold (part) | 02/27/20 | J | | |
| 30. | | | | | Sold (part) | 03/31/20 | J | | |
| 31. - Strategic Advisers Tax-Sensitive Short Duration Fund (FGNSX) | A | Dividend | L | T | Buy (add'l) | 01/06/20 | J | | |
| 32. | | | | | Sold (part) | 02/26/20 | J | A | |
| 33. | | | | | Sold (part) | 02/27/20 | J | A | |
| 34. | | | | | Buy (add'l) | 03/06/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolski, Victor J. | 11/03/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 03/31/20 | J | | |
| 36. | | | | | Buy (add'l) | 05/01/20 | J | | |
| 37. | | | | | Sold (part) | 06/02/20 | J | | |
| 38. | | | | | Buy (add'l) | 07/20/20 | J | | |
| 39. | | | | | Sold (part) | 07/31/20 | J | A | |
| 40. | | | | | Buy (add'l) | 09/03/20 | J | | |
| 41. | | | | | Sold (part) | 09/23/20 | J | A | |
| 42. | | | | | Buy (add'l) | 10/20/20 | K | | |
| 43. - Fidelity SAI Tax Free Bond Fund (FSAJX) | A | Dividend | L | T | Sold (part) | 03/31/20 | K | | |
| 44. | | | | | Buy (add'l) | 05/01/20 | K | | |
| 45. | | | | | Sold (part) | 06/02/20 | J | | |
| 46. | | | | | Buy (add'l) | 07/20/20 | J | | |
| 47. | | | | | Buy (add'l) | 09/23/20 | J | | |
| 48. - Blackrock National Muni Fund Class A (MDNLX) | A | Dividend | K | T | Sold (part) | 03/31/20 | K | | |
| 49. - William Blair Int'l Growth Class N (WBIGX) | | None | | | Buy (add'l) | 03/31/20 | J | | |
| 50. | | | | | Merged (with line 51) | 04/08/20 | K | | |
| 51. - William Blair Int'l Growth I (BIGIX) | A | Dividend | K | T | Buy | 04/08/20 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Wolski, Victor J.** | 11/03/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold (part) | 05/01/20 | J | A | |
| 53.    - Causeway Int'l Value Investor (CIVVX) | | None | | | Sold (part) | 02/27/20 | J | | |
| 54. | | | | | Sold | 03/06/20 | J | | |
| 55.    - JP Morgan Mid Cap Value Fund Class I (JMVSX) | A | Dividend | J | T | Sold (part) | 02/27/20 | J | | |
| 56. | | | | | Sold (part) | 03/31/20 | J | | |
| 57. | | | | | Buy (add'l) | 06/02/20 | J | | |
| 58. | | | | | Buy (add'l) | 07/20/20 | J | | |
| 59. | | | | | Buy (add'l) | 07/31/20 | J | | |
| 60. | | | | | Sold (part) | 09/03/20 | J | A | |
| 61.    - Oakmark Int'l Investor Cl (OAKIX) | | None | | | Sold (part) | 02/27/20 | J | | |
| 62. | | | | | Sold | 03/31/20 | J | | |
| 63.    - iShares Core S&P 500 ETF (IVV) | A | Dividend | K | T | Buy (add'l) | 01/07/20 | L | | |
| 64. | | | | | Sold (part) | 02/28/20 | L | | |
| 65. | | | | | Sold (part) | 04/01/20 | K | | |
| 66.    - iShares Russell 1000 Growth ETF (IWF) | A | Dividend | K | T | Buy (add'l) | 02/28/20 | K | | |
| 67. | | | | | Sold (part) | 04/01/20 | J | | |
| 68.    - iShares Trust S&P Small Cap 600 Growth ETF (IJT) | A | Dividend | | | Buy (add'l) | 01/07/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolski, Victor J. | 11/03/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | | | | | Buy<br>(add'l) | 02/27/20 | J | | |
| 70. | | | | | Buy<br>(add'l) | 02/28/20 | J | | |
| 71. | | | | | Sold | 04/01/20 | J | | |
| 72. - iShares Trust EAFE Small Cap ETF (SCZ) | | None | | | Buy<br>(add'l) | 02/28/20 | J | | |
| 73. | | | | | Sold | 04/01/20 | J | | |
| 74. - iShares Edge MSCI Min Vol EAFE ETF (EFAV) | | None | | | Buy<br>(add'l) | 01/07/20 | J | | |
| 75. | | | | | Sold<br>(part) | 02/27/20 | J | | |
| 76. | | | | | Sold | 04/01/20 | J | | |
| 77. - iShares Edge MSCI USA Quality Factor ETF (QUAL) | A | Dividend | J | T | Buy<br>(add'l) | 01/07/20 | J | | |
| 78. | | | | | Sold<br>(part) | 02/28/20 | J | | |
| 79. | | | | | Sold<br>(part) | 04/01/20 | K | | |
| 80. | | | | | Buy<br>(add'l) | 06/03/20 | J | | |
| 81. | | | | | Sold<br>(part) | 07/21/20 | J | A | |
| 82. | | | | | Buy<br>(add'l) | 08/03/20 | K | | |
| 83. | | | | | Sold<br>(part) | 09/04/20 | K | B | |
| 84. | | | | | Buy<br>(add'l) | 09/24/20 | J | | |
| 85. | | | | | Sold<br>(part) | 10/21/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolski, Victor J. | 11/03/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86.   - iShares Edge MSCI USA Value Factor ETF (VLUE) | A | Dividend | | | Sold | 04/01/20 | J | | |
| 87.   - iShares Trust Core MSCI EAFE ETF (IEFA) | | None | | | Sold (part) | 02/28/20 | J | | |
| 88. | | | | | Sold | 04/01/20 | K | | |
| 89.   - MFS Int'l Intrinsic Value Fund Class A (MGIAX) | A | Dividend | J | T | Buy (add'l) | 02/27/20 | J | | |
| 90. | | | | | Sold (part) | 03/31/20 | J | | |
| 91.   - Mainstay MacKay High Yield Muni Bond Class A (MMHAX) | A | Dividend | | | Sold (part) | 03/31/20 | J | | |
| 92. | | | | | Sold | 05/01/20 | K | | |
| 93.   - Invesco Oppenheimer Developing Markets R6 (ODVIX) | | None | | | Sold | 03/31/20 | J | | |
| 94.   - T Rowe Price VA Tax Free Bond (PRVAX) | B | Dividend | L | T | Sold (part) | 05/01/20 | K | | |
| 95. | | | | | Buy (add'l) | 06/02/20 | J | | |
| 96. | | | | | Buy (add'l) | 07/20/20 | J | | |
| 97. | | | | | Buy (add'l) | 09/03/20 | J | | |
| 98. | | | | | Sold (part) | 10/20/20 | J | | |
| 99.   - Wells Fargo Muni Bond Fund Admin Class (WMFDX) | A | Dividend | K | T | | | | | |
| 100.  - Fidelity Large Cap Stock (FLCSX) | | None | | | Sold | 03/31/20 | J | | |
| 101.  - Fidelity Growth Co. (FDGRX) | D | Dividend | L | T | Buy (add'l) | 03/31/20 | K | | |
| 102.  - Fidelity Blue Chip Growth (FBGRX) | B | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolski, Victor J. | 11/03/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103.  - Fidelity Blue Chip Value (FBCVX) | | None | | | Buy<br>(add'l) | 02/27/20 | J | | |
| 104. | | | | | Sold | 03/31/20 | K | | |
| 105.  - LSV Value Equity Fund Investor<br>(LVAEX) | | None | | | Buy<br>(add'l) | 02/27/20 | K | | |
| 106. | | | | | Sold | 03/31/20 | K | | |
| 107.  - Dodge & Cox Intl. Stock Fund (DODFX) | | None | | | Buy<br>(add'l) | 01/06/20 | J | | |
| 108. | | | | | Sold<br>(part) | 02/26/20 | J | | |
| 109. | | | | | Sold | 03/06/20 | J | | |
| 110.  - Oakmark Fund Investor Class (OAKMX) | | None | | | Sold<br>(part) | 02/27/20 | J | | |
| 111. | | | | | Sold<br>(part) | 03/06/20 | K | | |
| 112. | | | | | Sold | 03/31/20 | J | | |
| 113.  - Janus Henderson Enterprise T (JAENX) | | None | | | Buy<br>(add'l) | 02/27/20 | K | | |
| 114. | | | | | Sold | 03/31/20 | K | | |
| 115.  - Loomis Sayles Growth Class Y/A<br>(LGRRX) | A | Dividend | J | T | Buy<br>(add'l) | 02/27/20 | J | | |
| 116. | | | | | Sold<br>(part) | 03/31/20 | J | | |
| 117. | | | | | Sold<br>(part) | 05/01/20 | J | A | |
| 118. | | | | | Sold<br>(part) | 07/20/20 | J | C | |
| 119. | | | | | Sold<br>(part) | 09/03/20 | J | B | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolski, Victor J. | 11/03/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120. - Primecap Odyssey Growth Fund (POGRX) | None | | | | Sold | 03/31/20 | J | | |
| 121. - T Rowe Price New Era (PRNEX) | None | | | | Buy<br>(add'l) | 02/27/20 | J | | |
| 122. | | | | | Sold | 03/31/20 | J | | |
| 123. - T Rowe Price Emerging Markets Stock Fund I (PRZIX) | None | | | | Buy<br>(add'l) | 02/26/20 | K | | |
| 124. | | | | | Sold | 03/31/20 | K | | |
| 125. - Transamerica Intl. Equity Cl I (TSWIX) | None | | | | Buy<br>(add'l) | 02/26/20 | J | | |
| 126. | | | | | Buy<br>(add'l) | 02/27/20 | J | | |
| 127. | | | | | Sold | 03/31/20 | J | | |
| 128. - Flexshares Trust Morningstar Global Upstream Nat Res Idx (GUNR) | None | | | | Sold | 02/28/20 | J | | |
| 129. - iShares S&P SmallCap 600 Value (IJS) | None | | | | Sold | 02/28/20 | J | | |
| 130. - iShares Edge MSCI USA Momentum Factor ETF (MTUM) | A | Dividend | | | Buy<br>(add'l) | 02/28/20 | K | | |
| 131. | | | | | Sold | 04/01/20 | K | | |
| 132. - iShares Tr US Treas Bd ETF (GOVT) | A | Dividend | J | T | Buy<br>(add'l) | 01/07/20 | J | | |
| 133. | | | | | Sold<br>(part) | 03/09/20 | J | A | |
| 134. | | | | | Buy<br>(add'l) | 04/01/20 | K | | |
| 135. | | | | | Sold<br>(part) | 05/04/20 | J | A | |
| 136. | | | | | Sold<br>(part) | 06/03/20 | J | | |

| | | | | |
|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market |
| (See Column C2) | U =Book Value | V =Other | W =Estimated |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolski, Victor J. | 11/03/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137. | | | | | Sold<br>(part) | 06/03/20 | J | B | |
| 138. | | | | | Sold<br>(part) | 06/03/20 | J | A | |
| 139. | | | | | Sold<br>(part) | 06/03/20 | J | A | |
| 140. | | | | | Sold<br>(part) | 07/21/20 | J | A | |
| 141. | | | | | Sold<br>(part) | 09/24/20 | J | A | |
| 142. | | | | | Sold<br>(part) | 10/21/20 | J | A | |
| 143. - Fidelity Advisor Focused Emerging Mkts Cl Z (FZAEX) | A | Dividend | J | T | Buy | 07/31/20 | J | | |
| 144. | | | | | Buy<br>(add'l) | 09/03/20 | J | | |
| 145. - Fidelity Advisor Mega Cap Stock Cl Z (FZALX) | A | Dividend | J | T | Buy | 03/31/20 | J | | |
| 146. - Fidelity SAI U.S. Treasury Bond Index (FUTBX) | A | Dividend | | | Buy | 05/01/20 | K | | |
| 147. | | | | | Sold | 06/02/20 | K | | |
| 148. - Acadian Emerging Markets Port Invstr (AEMGX) | A | Dividend | J | T | Buy | 10/20/20 | J | | |
| 149. - Artisan Intl Value Fund Inv Cl (ARTKX) | A | Dividend | K | T | Buy | 03/31/20 | J | | |
| 150. | | | | | Buy<br>(add'l) | 06/02/20 | J | | |
| 151. | | | | | Buy<br>(add'l) | 07/31/20 | J | | |
| 152. | | | | | Sold<br>(part) | 09/23/20 | J | A | |
| 153. - DWS Strategic High Yld Tax Free Fund Class S (SHYTX) | A | Dividend | | | Buy | 09/03/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolski, Victor J. | 11/03/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154. | | | | | Sold | 10/20/20 | J | | |
| 155.  - American EuroPacific Growth Fund Class F2 (AEPFX) | A | Dividend | J | T | Buy | 03/31/20 | J | | |
| 156.  - Hotchkis & Wiley Large Cap Value Class I (HWLIX) | | None | | | Buy | 03/31/20 | J | | |
| 157. | | | | | Merged<br>(with line 158) | 06/04/20 | J | | |
| 158.  - Hotchkis & Wiley Large Cap Value Cl A (HWLAX) | A | Dividend | K | T | Buy | 06/04/20 | J | | |
| 159.  - Invesco Exchange Traded Fd Tr S&P 500 Quality (SPHQ) | A | Dividend | K | T | Buy | 04/01/20 | K | | |
| 160.  - Invesco Exch Traded Fd TR II FTSE RAFI (PXH) | A | Dividend | J | T | Buy | 06/03/20 | J | | |
| 161. | | | | | Sold<br>(part) | 07/21/20 | J | A | |
| 162. | | | | | Buy<br>(add'l) | 08/03/20 | J | | |
| 163. | | | | | Buy<br>(add'l) | 09/04/20 | J | | |
| 164. | | | | | Sold<br>(part) | 10/21/20 | J | | |
| 165.  - WCM Focused Intl Growth Fund Instl (WCMIX) | | None | | | Buy | 03/31/20 | J | | |
| 166. | | | | | Merged<br>(with line 167) | 06/04/20 | J | | |
| 167.  - WCM Focused Intl Growth Fund Investor (WCMRX) | A | Dividend | J | T | Buy | 06/04/20 | J | | |
| 168.  - iShares TIPS Bond ETF (TIP) | A | Dividend | | | Buy | 03/09/20 | K | | |
| 169. | | | | | Sold | 05/04/20 | K | | |
| 170.  - iShares MSCI EAFE ETF (EFA) | | None | | | Buy | 02/28/20 | K | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolski, Victor J. | 11/03/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Sold | 04/01/20 | K | | |
| 172.  - iShares Russell 1000 Value ETF (IWD) | B | Dividend | M | T | Buy | 04/01/20 | L | | |
| 173.  - iShares Russell 1000 ETF (IWB) | A | Dividend | K | T | Buy | 04/01/20 | K | | |
| 174.  - iShares S&P Midcap 400 Value ETF (IJJ) | A | Dividend | K | T | Buy | 06/03/20 | J | | |
| 175. | | | | | Buy (add'l) | 07/21/20 | J | | |
| 176. | | | | | Buy (add'l) | 09/24/20 | J | | |
| 177.  - iShares Core S&P Small-Cap E (IJR) | A | Dividend | K | T | Buy | 04/01/20 | K | | |
| 178. | | | | | Buy (add'l) | 07/21/20 | J | | |
| 179. | | | | | Buy (add'l) | 08/03/20 | J | | |
| 180. | | | | | Sold (part) | 09/24/20 | J | | |
| 181.  - iShares Tr EAFE Value ETF (EFV) | A | Dividend | J | T | Buy | 04/01/20 | J | | |
| 182.  - iShares Trust Core Divid Growth (DGRO) | A | Dividend | J | T | Buy | 04/01/20 | K | | |
| 183. | | | | | Sold (part) | 05/04/20 | K | B | |
| 184.  - JPMorgan Tax Aware Equity Class I (JPDEX) | D | Dividend | K | T | Buy | 03/31/20 | K | | |
| 185.  - MFS Municipal Income Class A (MFIAX) | B | Dividend | L | T | Buy | 05/01/20 | L | | |
| 186. | | | | | Buy (add'l) | 07/20/20 | J | | |
| 187. | | | | | Sold (part) | 09/23/20 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolski, Victor J. | 11/03/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 188.  - Morgan Stanley Inst Inc. Intl Equity A | | None | | | Buy | 03/31/20 | J | | |
| 189. | | | | | Merged<br>(with line 190) | 04/08/20 | J | | |
| 190.  - Morgan Stanley Inst. Inc. Intl. Equity Class I (MSIQX) | A | Dividend | J | T | Buy | 04/08/20 | J | | |
| 191.  - Principal Blue Chip I Shares (PBCKX) | A | Dividend | J | T | Buy | 03/31/20 | J | | |
| 192.  - T Rowe Price U.S. Equity Research Fd (PRCOX) | A | Dividend | K | T | Buy | 03/31/20 | K | | |
| 193.  - T Rowe Price Overseas Stock I Cl (TROIX) | A | Dividend | K | T | Buy | 03/31/20 | K | | |
| 194.  - Transmerica Intl. Small Cap Value I (TISVX) | A | Dividend | K | T | Buy | 03/31/20 | J | | |
| 195. | | | | | Buy<br>(add'l) | 06/02/20 | J | | |
| 196.  - Vanguard Tax-Managed Intl. Fund FTSE Dev. Market ETF (VEA) | B | Dividend | L | T | Buy | 04/01/20 | L | | |
| 197.  - Vanguard Long Term Tax Exempt Admiral (VWLUX) | A | Dividend | J | T | Buy | 05/01/20 | J | | |
| 198.  - Vanguard Real Estate ETF (VNQ) | A | Dividend | K | T | Buy | 06/03/20 | K | | |
| 199. | | | | | Sold<br>(part) | 07/21/20 | J | | |
| 200. | | | | | Buy<br>(add'l) | 09/04/20 | J | | |
| 201. | | | | | Sold<br>(part) | 10/21/20 | J | | |
| 202.  - Vanguard Index Fds Vanguard Value ETF (VTV) | A | Dividend | | | Buy | 04/01/20 | J | | |
| 203. | | | | | Sold | 05/04/20 | J | A | |
| 204.  - Fidelity Government Money Market (SPAXX) | A | Interest | K | T | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolski, Victor J. | 11/03/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205.  - iShares Core S&P U.S. Value ETF (IUSV) | A | Dividend | J | T | | | | | |
| 206.  - iShares Russell 3000 ETF (IWV) | A | Dividend | K | T | | | | | |
| 207.  - iShares Tr MSCI ACWI ETF (ACWI) | A | Dividend | K | T | | | | | |
| 208.  Fidelity Rollover IRA #3 (H) | | | | | | | | | |
| 209.  - iShares Core S&P 500 ETF Index (IVV) | A | Dividend | K | T | | | | | |
| 210.  - iShares MSCI EAFE Value ETF (EFV) | A | Dividend | J | T | | | | | |
| 211.  - iShares Tr Russell Mid-Cap ETF (IWR) | A | Dividend | J | T | | | | | |
| 212.  - iShares Tr Short-Term Corporate Bond ETF (IGSB) | A | Dividend | J | T | | | | | |
| 213.  - iShares MSCI EAFE ETF (EFA) | A | Dividend | K | T | | | | | |
| 214.  - iShares Russell 2000 Value ETF (IWN) | A | Dividend | J | T | | | | | |
| 215.  - Vanguard Bd Index Fund Inc Total Bond Market ETF (BND) | A | Dividend | J | T | | | | | |
| 216.  - Vanguard Intl. Equity Index Fund FTSE Emerging Markets ETF (VWO) | A | Dividend | J | T | | | | | |
| 217.  - Vanguard Index Funds Vanguard Value ETF (VTV) | A | Dividend | K | T | | | | | |
| 218.  - Vanguard Scottsdale Fds Intermediate Term Corporate Bd Index (VCIT) | A | Dividend | J | T | | | | | |
| 219.  - Invesco Exchange Trd Slf Idx Fd BulletShares 2021 Corp Bond (BSCL) | A | Dividend | J | T | | | | | |
| 220.  - PIMCO ETF Tr Active Bond ETF (BOND) | A | Dividend | J | T | | | | | |
| 221.  - SSGA Active ETF Tr SPDR Tot Return Tactical (TOTL) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolski, Victor J. | 11/03/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 222.  - iShares Tr Floating Rate NT ETF (FLOT) | A | Dividend | J | T | | | | | |
| 223.  - PIMCO ETF Trust Enhanced Short Maturity Active ETF USD (MINT) | A | Dividend | J | T | | | | | |
| 224.  - WisdomTree Tr US MidCap Dividend ETF (DON) | A | Dividend | J | T | | | | | |
| 225.  - Fidelity Government Money Market (SPAXX) | A | Interest | J | T | | | | | |
| 226.  Fidelity IRA #1 (H) | | | | | | | | | |
| 227.  - Strategic Advisers Fidelity Intl Fund (FUSIX) | A | Dividend | L | T | Sold (part) | 01/24/20 | J | A | |
| 228. | | | | | Buy (add'l) | 03/05/20 | J | | |
| 229. | | | | | Buy (add'l) | 03/31/20 | J | | |
| 230. | | | | | Buy (add'l) | 04/17/20 | J | | |
| 231. | | | | | Buy (add'l) | 07/29/20 | J | | |
| 232. | | | | | Buy (add'l) | 08/21/20 | J | | |
| 233. | | | | | Buy (add'l) | 09/10/20 | J | | |
| 234. | | | | | Buy (add'l) | 10/22/20 | J | | |
| 235. | | | | | Sold (part) | 10/27/20 | J | | |
| 236. | | | | | Buy (add'l) | 12/18/20 | J | | |
| 237.  - Fidelity SAI Intl Index (FIONX) | A | Dividend | | | Buy (add'l) | 01/24/20 | J | | |
| 238. | | | | | Sold (part) | 02/14/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Wolski, Victor J. | 11/03/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 239. | | | | | Sold<br>(part) | 03/05/20 | J | | |
| 240. | | | | | Sold<br>(part) | 03/27/20 | J | | |
| 241. | | | | | Sold | 07/29/20 | J | A | |
| 242.  - Fidelity SAI Emerg Markets Index<br>(FERGX) | A | Dividend | J | T | Buy<br>(add'l) | 01/24/20 | J | | |
| 243. | | | | | Sold<br>(part) | 03/05/20 | J | | |
| 244. | | | | | Sold<br>(part) | 07/29/20 | J | A | |
| 245. | | | | | Sold<br>(part) | 12/18/20 | J | A | |
| 246.  - Fidelity Total Market Index Fund<br>(FSKAX) | A | Dividend | | | Sold<br>(part) | 01/24/20 | J | A | |
| 247. | | | | | Sold | 04/24/20 | J | A | |
| 248.  - Strategic Advisers Fidelity Emerging<br>Markets Fund (FGOMX) | A | Dividend | K | T | Buy<br>(add'l) | 01/24/20 | J | | |
| 249. | | | | | Buy<br>(add'l) | 03/31/20 | J | | |
| 250. | | | | | Buy<br>(add'l) | 07/29/20 | J | | |
| 251. | | | | | Buy<br>(add'l) | 08/21/20 | J | | |
| 252. | | | | | Buy<br>(add'l) | 10/22/20 | J | | |
| 253. | | | | | Sold<br>(part) | 10/27/20 | J | | |
| 254. | | | | | Sold<br>(part) | 12/18/20 | J | A | |
| 255.  - Strategic Advisers Fidelity Total Stock<br>Fund (FCTDX) | C | Dividend | M | T | Sold<br>(part) | 01/24/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolski, Victor J. | 11/03/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. | | | | | Sold (part) | 02/14/20 | J | A | |
| 257. | | | | | Buy (add'l) | 03/05/20 | J | | |
| 258. | | | | | Sold (part) | 03/23/20 | J | | |
| 259. | | | | | Buy (add'l) | 03/27/20 | J | | |
| 260. | | | | | Buy (add'l) | 03/31/20 | J | | |
| 261. | | | | | Sold (part) | 04/17/20 | J | | |
| 262. | | | | | Buy (add'l) | 04/24/20 | J | | |
| 263. | | | | | Sold (part) | 06/03/20 | J | A | |
| 264. | | | | | Buy (add'l) | 06/26/20 | J | | |
| 265. | | | | | Buy (add'l) | 07/29/20 | J | | |
| 266. | | | | | Sold (part) | 08/21/20 | J | A | |
| 267. | | | | | Buy (add'l) | 09/10/20 | J | | |
| 268. | | | | | Sold (part) | 10/22/20 | J | A | |
| 269. | | | | | Sold (part) | 10/27/20 | J | A | |
| 270. | | | | | Sold (part) | 12/18/20 | J | A | |
| 271.  - Strategic Advisers Fidelity Core Income Fund (FIWGX) | C | Dividend | L | T | Sold (part) | 03/05/20 | J | A | |
| 272. | | | | | Buy (add'l) | 03/23/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Wolski, Victor J.** | 11/03/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 273. | | | | | Buy<br>(add'l) | 03/24/20 | J | | |
| 274. | | | | | Sold<br>(part) | 03/27/20 | J | | |
| 275. | | | | | Sold<br>(part) | 03/31/20 | J | A | |
| 276. | | | | | Sold<br>(part) | 04/17/20 | J | A | |
| 277. | | | | | Sold<br>(part) | 04/24/20 | J | A | |
| 278. | | | | | Sold<br>(part) | 06/03/20 | J | A | |
| 279. | | | | | Sold<br>(part) | 07/29/20 | J | A | |
| 280. | | | | | Buy<br>(add'l) | 08/21/20 | J | | |
| 281. | | | | | Sold<br>(part) | 09/10/20 | J | A | |
| 282. | | | | | Sold<br>(part) | 10/22/20 | J | A | |
| 283. | | | | | Sold<br>(part) | 10/27/20 | J | A | |
| 284. | | | | | Buy<br>(add'l) | 12/18/20 | J | | |
| 285.  - Fidelity SAI Inflation Focused Fd (FIFGX) | A | Dividend | | | Sold | 03/23/20 | J | A | |
| 286.  - Fidelity Floating Rate High Income (FFRHX) | A | Dividend | | | Sold | 02/14/20 | J | A | |
| 287.  - Fidelity Advisor Strategic Inc Cl I (FSRIX) | A | Dividend | J | T | Buy<br>(add'l) | 07/29/20 | J | | |
| 288.  - Fidelity Capital & Income (FAGIX) | A | Dividend | J | T | Buy<br>(add'l) | 04/24/20 | J | | |
| 289. | | | | | Buy<br>(add'l) | 07/29/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Wolski, Victor J.** | 11/03/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. | | | | | Buy (add'l) | 12/18/20 | J | | |
| 291.   - Fidelity Short Term Bond (FSHBX) | A | Dividend | | | Buy (add'l) | 04/17/20 | J | | |
| 292. | | | | | Sold (part) | 06/26/20 | J | A | |
| 293. | | | | | Sold (part) | 07/29/20 | J | A | |
| 294. | | | | | Sold (part) | 08/21/20 | J | A | |
| 295. | | | | | Sold (part) | 09/10/20 | J | A | |
| 296. | | | | | Sold | 09/28/20 | J | A | |
| 297.   - Fidelity Conservative Income Bond Fd Cl I (FCNVX) | A | Dividend | | | Buy (add'l) | 02/14/20 | J | | |
| 298. | | | | | Buy (add'l) | 02/18/20 | J | | |
| 299. | | | | | Sold (part) | 03/05/20 | J | A | |
| 300. | | | | | Buy (add'l) | 04/17/20 | J | | |
| 301. | | | | | Buy (add'l) | 06/26/20 | J | | |
| 302. | | | | | Sold (part) | 07/29/20 | J | A | |
| 303. | | | | | Sold (part) | 08/21/20 | J | A | |
| 304. | | | | | Sold (part) | 09/10/20 | J | A | |
| 305. | | | | | Sold | 09/28/20 | J | A | |
| 306.   - Fidelity Advisor High Income Fd Cl I (FGTMX) | A | Dividend | J | T | Buy (add'l) | 04/24/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Wolski, Victor J.** | 11/03/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 307. | | | | | Buy<br>(add'l) | 06/03/20 | J | | |
| 308. | | | | | Buy<br>(add'l) | 06/26/20 | J | | |
| 309. | | | | | Buy<br>(add'l) | 07/29/20 | J | | |
| 310. | | | | | Buy<br>(add'l) | 08/21/20 | J | | |
| 311. | | | | | Buy<br>(add'l) | 09/10/20 | J | | |
| 312. | | | | | Buy<br>(add'l) | 10/22/20 | J | | |
| 313. | | | | | Sold<br>(part) | 10/27/20 | J | | |
| 314. | | | | | Buy<br>(add'l) | 12/18/20 | J | | |
| 315. - Fidelity Government Cash Reserves (FDRXX) | A | Dividend | J | T | | | | | |
| 316. - FIMM Government Portfolio: Instl Cl (FRGXX) | A | Dividend | | | Sold<br>(part) | 02/24/20 | J | | |
| 317. | | | | | Buy<br>(add'l) | 04/17/20 | J | | |
| 318. | | | | | Buy<br>(add'l) | 04/24/20 | J | | |
| 319. | | | | | Buy<br>(add'l) | 04/27/20 | J | | |
| 320. | | | | | Sold<br>(part) | 05/18/20 | J | | |
| 321. | | | | | Sold<br>(part) | 06/03/20 | J | | |
| 322. | | | | | Sold<br>(part) | 06/26/20 | J | | |
| 323. | | | | | Sold | 07/29/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 324.  - Fidelity Real Estate Investment (FRESX) | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 325. | | | | | Buy<br>(add'l) | 07/29/20 | J | | |
| 326. | | | | | Buy<br>(add'l) | 10/22/20 | J | | |
| 327. | | | | | Sold<br>(part) | 10/27/20 | J | | |
| 328. | | | | | Buy<br>(add'l) | 12/18/20 | J | | |
| 329.  - Fidelity Real Estate Income (FRIFX) | A | Dividend | J | T | Buy | 06/03/20 | J | | |
| 330. | | | | | Sold<br>(part) | 06/26/20 | J | A | |
| 331. | | | | | Sold<br>(part) | 12/18/20 | J | A | |
| 332.  - Fidelity SAI Short Term Bond Fund<br>(FZOMX) | A | Dividend | J | T | Buy | 09/28/20 | J | | |
| 333. | | | | | Sold<br>(part) | 12/18/20 | J | A | |
| 334.  - Fidelity SAI Low Duration Income Fund<br>(FZOLX) | A | Dividend | J | T | Buy | 09/28/20 | J | | |
| 335. | | | | | Sold<br>(part) | 10/22/20 | J | | |
| 336. | | | | | Sold<br>(part) | 12/18/20 | J | A | |
| 337.  Fidelity Rollover IRA #2 (H) | | | | | | | | | |
| 338.  - Strategic Advisers Intl II Fund (FUSIX) | B | Dividend | M | T | Sold<br>(part) | 01/24/20 | J | A | |
| 339. | | | | | Buy<br>(add'l) | 03/05/20 | J | | |
| 340. | | | | | Buy<br>(add'l) | 03/31/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolski, Victor J. | 11/03/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 341. | | | | | Buy<br>(add'l) | 04/17/20 | J | | |
| 342. | | | | | Buy<br>(add'l) | 07/29/20 | J | | |
| 343. | | | | | Buy<br>(add'l) | 08/21/20 | J | | |
| 344. | | | | | Buy<br>(add'l) | 09/10/20 | J | | |
| 345. | | | | | Buy<br>(add'l) | 10/22/20 | J | | |
| 346. | | | | | Buy<br>(add'l) | 12/18/20 | J | | |
| 347.  - Fidelity SAI Intl Index (FIONX) | A | Dividend | | | Buy<br>(add'l) | 01/24/20 | J | | |
| 348. | | | | | Sold<br>(part) | 03/05/20 | J | | |
| 349. | | | | | Sold<br>(part) | 03/27/20 | J | | |
| 350. | | | | | Sold | 07/29/20 | J | A | |
| 351.  - Fidelity SAI Emerg Markets Index (FERGX) | A | Dividend | J | T | Buy<br>(add'l) | 01/24/20 | J | | |
| 352. | | | | | Sold<br>(part) | 03/05/20 | J | | |
| 353. | | | | | Sold<br>(part) | 07/29/20 | J | A | |
| 354. | | | | | Sold<br>(part) | 12/18/20 | J | A | |
| 355.  - Fidelity Total Market Index Institutional Premium Cl Fund (FSKAX) | A | Dividend | | | Sold<br>(part) | 01/24/20 | J | A | |
| 356. | | | | | Sold | 04/24/20 | J | A | |
| 357.  - Strategic Advisers Fidelity Emerging Markets (FGOMX) | A | Dividend | K | T | Buy<br>(add'l) | 01/24/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Wolski, Victor J.** | 11/03/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. | | | | | Buy (add'l) | 03/31/20 | J | | |
| 359. | | | | | Buy (add'l) | 07/29/20 | J | | |
| 360. | | | | | Buy (add'l) | 08/21/20 | J | | |
| 361. | | | | | Buy (add'l) | 10/22/20 | J | | |
| 362. | | | | | Sold (part) | 12/18/20 | J | A | |
| 363.  - Strategic Advisers Fidelity U.S. Total Stock (FCTDX) | D | Dividend | N | T | Sold (part) | 01/24/20 | J | A | |
| 364. | | | | | Sold (part) | 02/14/20 | J | A | |
| 365. | | | | | Buy (add'l) | 03/05/20 | J | | |
| 366. | | | | | Sold (part) | 03/23/20 | J | | |
| 367. | | | | | Buy (add'l) | 03/27/20 | J | | |
| 368. | | | | | Buy (add'l) | 03/31/20 | J | | |
| 369. | | | | | Sold (part) | 04/17/20 | J | | |
| 370. | | | | | Buy (add'l) | 04/24/20 | J | | |
| 371. | | | | | Sold (part) | 06/03/20 | J | A | |
| 372. | | | | | Buy (add'l) | 06/26/20 | J | | |
| 373. | | | | | Buy (add'l) | 07/29/20 | J | | |
| 374. | | | | | Sold (part) | 08/21/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolski, Victor J. | 11/03/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 375. | | | | | Buy<br>(add'l) | 09/10/20 | J | | |
| 376. | | | | | Sold<br>(part) | 10/22/20 | J | A | |
| 377. | | | | | Sold<br>(part) | 12/18/20 | J | A | |
| 378. - Strategic Advisers Fidelity Core Income<br>(FIWGX) | D | Dividend | M | T | Buy<br>(add'l) | 01/24/20 | J | | |
| 379. | | | | | Sold<br>(part) | 03/05/20 | J | A | |
| 380. | | | | | Buy<br>(add'l) | 03/23/20 | J | | |
| 381. | | | | | Buy<br>(add'l) | 03/24/20 | J | | |
| 382. | | | | | Sold<br>(part) | 03/27/20 | J | | |
| 383. | | | | | Sold<br>(part) | 03/31/20 | J | | |
| 384. | | | | | Sold<br>(part) | 04/17/20 | J | A | |
| 385. | | | | | Sold<br>(part) | 04/24/20 | J | A | |
| 386. | | | | | Sold<br>(part) | 06/03/20 | J | A | |
| 387. | | | | | Sold<br>(part) | 07/29/20 | J | A | |
| 388. | | | | | Buy<br>(add'l) | 08/21/20 | J | | |
| 389. | | | | | Sold<br>(part) | 09/10/20 | J | A | |
| 390. | | | | | Sold<br>(part) | 10/22/20 | J | A | |
| 391. | | | | | Buy<br>(add'l) | 12/18/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolski, Victor J. | 11/03/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐　　NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. - Fidelity SAI Inflation Focused Fd (FIFGX) | A | Dividend | | | Sold | 03/23/20 | J | A | |
| 393. - Fidelity Floating Rate High Income (FFRHX) | A | Dividend | | | Sold | 02/14/20 | J | A | |
| 394. - Fidelity Advisor Strategic Inc Cl I (FSRIX) | A | Dividend | J | T | Buy (add'l) | 07/29/20 | J | | |
| 395. - Fidelity Capital & Income (FAGIX) | A | Dividend | J | T | Buy (add'l) | 07/29/20 | J | | |
| 396. | | | | | Buy (add'l) | 12/18/20 | J | | |
| 397. - Fidelity Short Term Bond (FSHBX) | A | Dividend | | | Buy (add'l) | 04/17/20 | J | | |
| 398. | | | | | Sold (part) | 06/26/20 | J | A | |
| 399. | | | | | Sold (part) | 07/29/20 | J | A | |
| 400. | | | | | Sold (part) | 08/21/20 | J | A | |
| 401. | | | | | Sold (part) | 09/10/20 | J | A | |
| 402. | | | | | Sold | 09/28/20 | J | A | |
| 403. - Fidelity Conservative Income Bond Fd Cl I (FCNVX) | A | Dividend | | | Buy (add'l) | 02/14/20 | J | | |
| 404. | | | | | Buy (add'l) | 02/18/20 | J | | |
| 405. | | | | | Sold (part) | 03/05/20 | J | A | |
| 406. | | | | | Buy (add'l) | 04/17/20 | J | | |
| 407. | | | | | Buy (add'l) | 06/26/20 | J | | |
| 408. | | | | | Sold (part) | 07/29/20 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolski, Victor J. | 11/03/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 409. | | | | | Sold<br>(part) | 08/21/20 | J | A | |
| 410. | | | | | Sold<br>(part) | 09/10/20 | J | A | |
| 411. | | | | | Sold | 09/28/20 | J | A | |
| 412.   - Fidelity Advisor High Income Fd Cl I<br>(FGTMX) | A | Dividend | K | T | Buy<br>(add'l) | 06/03/20 | J | | |
| 413. | | | | | Buy<br>(add'l) | 06/26/20 | J | | |
| 414. | | | | | Buy<br>(add'l) | 07/29/20 | J | | |
| 415. | | | | | Buy<br>(add'l) | 08/21/20 | J | | |
| 416. | | | | | Buy<br>(add'l) | 09/10/20 | J | | |
| 417. | | | | | Buy<br>(add'l) | 10/22/20 | J | | |
| 418. | | | | | Buy<br>(add'l) | 12/18/20 | J | | |
| 419.   - FIMM Government Portfolio: Instl Cl<br>(FRGXX) | A | Dividend | | | Sold<br>(part) | 02/24/20 | J | | |
| 420. | | | | | Buy<br>(add'l) | 04/17/20 | J | | |
| 421. | | | | | Buy<br>(add'l) | 04/24/20 | J | | |
| 422. | | | | | Buy<br>(add'l) | 04/27/20 | J | | |
| 423. | | | | | Sold<br>(part) | 05/18/20 | J | | |
| 424. | | | | | Sold<br>(part) | 06/03/20 | J | | |
| 425. | | | | | Sold<br>(part) | 06/26/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolski, Victor J. | 11/03/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. | | | | | Sold | 07/29/20 | J | | |
| 427.  - Fidelity Real Estate Investment (FRESX) | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 428. | | | | | Buy (add'l) | 07/29/20 | J | | |
| 429. | | | | | Buy (add'l) | 10/22/20 | J | | |
| 430. | | | | | Buy (add'l) | 12/18/20 | J | | |
| 431.  - Fidelity Real Estate Income (FRIFX) | A | Dividend | J | T | Buy | 06/03/20 | J | | |
| 432. | | | | | Sold (part) | 06/26/20 | J | A | |
| 433. | | | | | Sold (part) | 10/22/20 | J | A | |
| 434.  - Fidelity SAI Short Term Bond Fund (FZOMX) | A | Dividend | J | T | Buy | 09/28/20 | J | | |
| 435. | | | | | Sold (part) | 12/18/20 | J | A | |
| 436.  - Fidelity SAI Low Duration Income Fund (FZOLX) | A | Dividend | J | T | Buy | 09/28/20 | J | | |
| 437. | | | | | Sold (part) | 12/18/20 | J | A | |
| 438.  - Fidelity Government Cash Reserves (FDRXX) | A | Dividend | J | T | Open | 02/14/20 | J | | |
| 439. UBS Investment Account (H) | | | | | | | | | |
| 440.  - General Electric Co. (GE) | A | Dividend | L | T | Buy (add'l) | 03/19/20 | J | | |
| 441. | | | | | Buy (add'l) | 04/25/20 | J | | |
| 442. | | | | | Buy (add'l) | 09/30/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Wolski, Victor J.** | 11/03/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 443. | | | | | Buy<br>(add'l) | 11/17/20 | J | | |
| 444.   - Wabtec Inc. | A | Dividend | J | T | | | | | |
| 445.  Fidelity Rollover IRA #4 (H) | | | | | | | | | |
| 446.   - Mgn Stnly Pvt I (QICNQ) | | None | J | T | Sold<br>(part) | 02/04/20 | K | | |
| 447. | | | | | Buy<br>(add'l) | 02/28/20 | J | | |
| 448.   - Fidelity 500 Index Fund (FXAIX) | A | Dividend | K | T | Buy | 02/04/20 | K | | |
| 449.  Fidelity Annuity #1 (H) | | | | | | | | | |
| 450.   - Fidelity VIP Govt Money Market (9059) | | None | | | Buy | 09/25/20 | M | | |
| 451. | | | | | Sold | 10/10/20 | M | | |
| 452.   - Fidelity VIP Inv Grade Bond (9063) | | None | L | T | Buy | 10/10/20 | L | | |
| 453.   - Fidelity VIP Index 500 (9064) | | None | L | T | Buy | 10/10/20 | L | | |
| 454.   - Fidelity VIP Growth Opps (9068) | | None | L | T | Buy | 10/10/20 | L | | |
| 455.  Fidelity Annuity #2 (H) | | | | | | | | | |
| 456.   - Fidelity VIP Govt Money Market (9059) | | None | | | Buy | 09/23/20 | M | | |
| 457. | | | | | Sold | 10/08/20 | M | | |
| 458.   - Fidelity VIP Inv Grade Bond (9063) | | None | L | T | Buy | 10/08/20 | L | | |
| 459.   - Fidelity VIP Index 500 (9064) | | None | L | T | Buy | 10/08/20 | L | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolski, Victor J. | 11/03/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460.  - Fidelity VIP Growth Opps (9068) | | None | L | T | Buy | 10/08/20 | L | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII:  In four instances, shares held in the Fidelity Joint Brokerage Account were converted from one class to another:
 - On 04/08/20, the Morgan Stanley Inst. Inc. Intl. Equity Class A shares were converted to Class I shares (lines 189-90);
 - on 04/08/20, the William Blair Intl. Growth Class N shares were converted to Class I shares (lines 50-51);
 - on 06/04/20, the Hotchkis & Wiley Large Cap Value Class I shares were converted to Class A shares (lines 157-58); and
 - on 06/04/20, the WCM Focused Intl. Growth Fund Inst. Class shares were converted to Investor Class shares (lines 166-67).
I could not determine in the instructions how to account for such conversions, so I used the "Buy" designation for the new class.

Last year's report erroneously included GE stock held in the Fidelity ▒▒▒ Brokerage Account (line 7) at year's end.  This stock was sold (a value code of J) for a loss on December 17, 2018.

| Name of Person Reporting | Date of Report |
|---|---|
| Wolski, Victor J. | 11/03/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Victor J. Wolski**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544